JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case Number |
| POINT.360 A CALIFORNIA CORPORATION., | 2:21-cv-03527-JLS |
| Debtor. | Bankruptcy Court Case Number |
| | 2:17-bk-22432-WB |
| POINT.360 A CALIFORNIA CORPORATION., | Adversary Case Number |
| Appellant, | 2:19-ap-01442-WB |
| v. | |
| UNITED STATES TRUSTEE FOR REGION 16, | |
| Appellee. | |

**ORDER APPROVING STIPULATION TO ABATE APPEAL**

The Court having considered the Stipulation between Appellant, Point.360 and Appellee, United States Trustee (the "Parties"), to Abate this Appeal (the "Stipulation"), the record herein, and for good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.

1. This appeal is abated pending further order of the Court, which further order the Parties anticipate would be entered after the Ninth Circuit has issued a decision in *USA Sales* that has become final and unappealable or further review has either been denied or concluded; provided, however, that either Party may file a motion at any time asking the Court to terminate the abatement for good cause shown and to set a new briefing schedule.

2. Within 14 days after a decision by the Ninth Circuit in *USA Sales* becomes final and unappealable or further review has either been denied or concluded, the Parties shall jointly submit a status report to the Court, notifying the Court and stating whether they believe further proceedings will be necessary in this appeal.

3. Based upon approval of this Stipulation, the United States Trustee will not oppose a motion by Point.360 for an order closing its bankruptcy case if all criteria for case closure are satisfied, notwithstanding the pendency of this appeal.

4. Alternatively, the deadline for Appellee, the United States Trustee, to file his brief is extended for 60 days to and including September 27, 2021.

Dated: July 15, 2021

                                                Hon. Josephine L. Staton
                                                United States District Judge